Report Date: December 15, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**DEC 1 8 2017**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Lee Wilson | Case Number: 0980 2:14CR00171-WFN-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 29, 2015

Original Offense: Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(C)

| | | |
|---|---|---|
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: March 1, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 29, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: On March 1, 2017, John Wilson signed his conditions of supervision, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Wilson was made aware that he must refrain from any unlawful use of a controlled substance.

On October 23, 2017, Mr. Wilson violated mandatory condition number 3 by consuming heroin and methamphetamine. On that date, the offender reported to the United States Probation Office and provided a urine sample which tested presumptively positive for morphine and methamphetamine. Mr. Wilson signed an admission of use form in which he admitted to using heroin and methamphetamine on or about October 20, 2017. The undersigned officer received confirmation from Alere Laboratories on November 3, 2017, verifying that the sample provided by Mr. Wilson on October 23, 2017, was in fact positive for both methamphetamine and morphine.

2  **Mandatory Condition # 3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: On March 1, 2017, John Wilson signed his conditions of supervision, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Wilson was made aware that he must refrain from any unlawful use of a controlled substance

On November 21, 2017, Mr. Wilson violated mandatory condition number 3 by consuming heroin. On that date, the offender reported to the United States Probation Office and provided a urine sample which tested presumptive positive for morphine. The undersigned received confirmation from Alere Laboratories on November 29, 2017, verifying that the sample provided by Mr. Wilson on November 21, 2017, was in fact positive for morphine. On December 4, 2017, the undersigned officer met with Mr. Wilson, at which time he signed an admission of use form admitting heroin use on or about November 20, 2017.

3  **Mandatory Condition # 3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: On March 1, 2017, John Wilson signed his conditions of supervision, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Wilson was made aware that he must refrain from any unlawful use of a controlled substance.

On December 13, 2017, the undersigned officer was notified by Pioneer Human Services that Mr. Wilson provided a urine sample on December 12, 2017, that tested presumptive positive for oxycontin, morphine, and THC. The undersigned officer spoke with Mr. Wilson on December 14, 2017, at which time he vehemently denied using illicit substances. As of the writing of this report, lab confirmation has not been received.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/15/2017

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

12/18/17
_____
Date